In the Matter of WILLIAM J. ATHENAS, Appellant, against JAMES R. MACDUFF, as Commissioner of Motor Vehicles of the State of New York, Respondent.

Submitted October 3, 1955; decided October 5, 1955.

Motion for stay granted and case set down for argument during the October, 1955, session of the Court of Appeals.

In the Matter of the Arbitration between EDMUND C. GRAINGER, Respondent, and SHEA ENTERPRISES, INC., et al., Appellants.

Submitted October 3, 1955; decided October 5, 1955.

Motion for stay granted and case set down for argument during the November, 1955, session of the Court of Appeals.